NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Massachusetts Mutual Life Insurance Company,<br><br>              Plaintiff,<br><br>v.<br><br>Shant Koumriqian,<br><br>              Defendant. | No. CV-14-01191-PHX-JJT<br><br>**ORDER** |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed without further notice after October 2, 2014, unless before then Plaintiff has served Defendant with the Summons and Complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

Dated this 4th day of September, 2014.

Honorable John J. Tuchi
United States District Judge